UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| PICTURECODE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DIGITAL NINJA, LLC; JUAN B. MELENDEZ III,<br><br>Defendants. | Civil No.: A 10 CA 188 LY |

## ORDER THAT ALL DOCUMENTS PRODUCED IN THE CANCELLATION PROCEEDING ARE DEEMED TO HAVE BEEN PRODUCED IN THIS ACTION

On this day the Court considered Plaintiff's Motion for Order Deeming Documents Previously Produced in Cancellation Proceeding to have been Produced in this Action or Alternative Relief (the "Motion"). Having reviewed the Motion, all responses thereto, and any arguments of counsel, the Court finds that the Motion should be and is hereby **GRANTED**.

It is, therefore, **ORDERED** that all documents previously produced in the Cancellation Proceeding are hereby deemed to have been produced in this action.

It is, further, **ORDERED** that all such documents may be shared only with the parties, their outside counsel, and the Court and its personnel.

It is, further, **ORDERED** that all such documents shall be filed in such a manner as to avoid public disclosure.

SO ORDERED. June 18, 2010.

LEE YEAKEL,
UNITED STATES DISTRICT JUDGE

ORDER THAT ALL DOCUMENTS PRODUCED IN THE CANCELLATION
PROCEEDING ARE DEEMED TO HAVE BEEN PRODUCED IN THIS ACTION
Page 1